Andrew J. Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARIA E. MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., et al., <br><br> Defendants. | Civil No. 1:24-cv-00218-SASP-KJM <br><br> **STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT BARCLAY'S BANK OF DELAWARE** |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule 41.1., Plaintiff hereby requests dismissal of this action with prejudice as to Defendant Barclay's Bank of Delaware. No fees or costs are sought to be awarded between Plaintiff or Barclay's Bank of Delaware. This dismissal includes all of Plaintiff's claims against Barclay's Bank of Delaware, and the parties jointly request that the Court retain jurisdiction over this matter for purposes of enforcement of their settlement.

DMSLIBRARY01\31758824.v1

Because the parties have settled this matter and agreed to this stipulation,

Plaintiff submits that dismissal is appropriate under Rule 41(a)(2).

Respectfully submitted this 5th of December 2024.

Respectfully Submitted,

/s/ *Andrew J. Guzzo*
Andrew J. Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

/s/ *Kukui Claydon*
Kukui Claydon
Andrew James Lautenbach
STARN O'TOOLE MARCUS &
FISHER
Pacific Guardian Center Makai Tower
733 Bishop St Ste 1900
Honolulu, HI 96813
Telephone: 808-537-6100
Email: kclaydon@starnlaw.com
Email: alautenbach@starnlaw.com
*Counsel for Defendant Barclay's Bank*
*of Delaware*

APPROVED AND SO ORDERED:

DATED: Honolulu, Hawai'i, December 9, 2024.



Shanlyn Park
United States District Judge

*MARIA E. MARTIN vs. EXPERIAN INFORMATION SOLUTIONS, INC., et al.,*
Civil No. 1:24-cv-00218-SASP-KJM; STIPULATION AND REQUEST FOR
DISMISSAL WITH PREJUDICE AS TO DEFENDANT BARCLAY'S BANK
OF DELAWARE

2