Andrew J. Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MARIA E. MARTIN, | ) Civil No. 1:24-cv-218-SASP-KJM |
| | ) |
| Plaintiff, | ) **STIPULATION AND REQUEST** |
| | ) **FOR DISMISSAL WITH** |
| v. | ) **PREJUDICE AS TO** |
| | ) **DEFENDANT GOLDMAN** |
| EXPERIAN INFORMATION | ) **SACHS BANK USA** |
| SOLUTIONS, INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule 41.1., Plaintiff hereby requests dismissal of this action with prejudice as to Defendant Goldman Sachs Bank USA. No fees or costs are sought to be awarded between Plaintiff or Goldman Sachs Bank USA. This dismissal includes all of Plaintiff's claims against Goldman Sachs Bank USA, and the parties jointly request that the Court retain jurisdiction over this matter for purposes of enforcement of their settlement.

1

Because the parties have settled this matter and agreed to this stipulation,

Plaintiff submits that dismissal is appropriate under Rule 41(a)(2).

Respectfully submitted this 23rd of January 2025.

Respectfully Submitted,

/s/ *Andrew J. Guzzo*
Andrew J. Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

/s/ *Aaron R. Mun*
Aaron R. Mun
KOBAYASHI SUGITA & GODA, LLP
999 Bishop Street, Suite 2600
Honolulu, HI 96813
arm@ksglaw.com
Counsel for Defendant
Goldman Sachs Bank USA

**APPROVED AND SO ORDERED:**

DATED: Honolulu, Hawai'i, January 24, 2025.



Shanlyn Park
United States District Judge

_____

*MARIA E. MARTIN vs. EXPERIAN INFORMATION SOLUTIONS, INC., et al.,*
Civil No. 1:24-cv-00218-SASP-KJM; STIPULATION AND REQUEST FOR
DISMISSAL WITH PREJUDICE AS TO DEFENDANT GOLDMAN SACHS
BANK USA

2