Andrew J. Guzzo, HI-SBN 010586
KELLY GUZZO, PLC
7 Waterfront Plaza
500 Ala Moana Blvd., Suite 7400
Honolulu, HI 96813
Telephone: 808-664-4651
Email: aguzzo@kellyguzzo.com
*Counsel for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| MARIA E. MARTIN, | ) Civil No. 1:24-cv-218-SASP-KJM |
| | ) |
| Plaintiff, | ) **STIPULATION AND REQUEST FOR** |
| | ) **DISMISSAL WITH PREJUDICE AS** |
| v. | ) **TO DEFENDANTS EXPERIAN** |
| | ) **INFORMATION SOLUTIONS, INC.,** |
| EXPERIAN INFORMATION SOLUTIONS, | ) **AND VARO BANK, N.A.** |
| INC., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and Local Rule 41.1., Plaintiff hereby requests dismissal of this action with prejudice as to Defendants Experian Information Solutions, Inc. ("Experian"), and Varo Bank, N.A. ("Varo"). No fees or costs are sought to be awarded between Plaintiff, Experian and Varo. This dismissal includes all of Plaintiff's claims against

DMSLIBRARY01\31758824.v1

Experian and Varo, [1] and the parties jointly request that the Court retain jurisdiction over this matter for purposes of enforcement of their settlement.

Because the parties have settled this matter and agreed to this stipulation, Plaintiff submits that dismissal is appropriate under Rule 41(a)(2).

Respectfully submitted this 25th of February 2025.

Respectfully Submitted,

<table>
<tr><td>

    /s/ *Andrew J. Guzzo*

Andrew J. Guzzo, HI-SBN 010586<br>
KELLY GUZZO, PLC<br>
7 Waterfront Plaza<br>
500 Ala Moana Blvd., Suite 7400<br>
Honolulu, HI 96813<br>
Telephone: 808-664-4651<br>
Email: aguzzo@kellyguzzo.com<br>
*Counsel for Plaintiff*

</td><td>

 /s/ *Kukui Claydon*

Kukui Claydon<br>
Starn O'Toole Marcus & Fisher<br>
Pacific Guardian Center Makai Tower<br>
733 Bishop St Ste 1900<br>
Honolulu, HI 96813<br>
808-537-6100<br>
kclaydon@starnlaw.com<br>
*Counsel for Defendants Varo Bank, N.A.*

</td></tr>
</table>

  /s/ *Deborah K. Wright*

Deborah K. Wright<br>
Wright & Kirschbraun LLLC<br>
1885 Main St Ste 106<br>
Wailuku, HI 96793<br>
808-244-6644<br>
808-244-1013 (fax)<br>
deborah@wkmaui.com<br>
*Counsel for Defendant Experian*<br>
*Information Solutions, Inc.*

---

[1] Experian and Varo are the last remaining defendants in the case. Thus, there are no remaining claims against any parties.

2

**APPROVED AND SO ORDERED:**

DATED:  February 27, 2025, at Honolulu, Hawai'i.



Shanlyn Park
United States District Judge

**MARIA E. MARTIN, EXPERIAN INFORMATION SOLUTIONS, INC., et al.**; Civil No. 1:24-cv-218-SASP-KJM; STIPULATION AND REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC., AND VARO BANK, N.A.